IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SAMMIE L. JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 107-120 |
| COLUMBIA COUNTY DETENTION CENTER MEDICAL DEPARTMENT; GARY WARRENT; CAROL ANN; DR. ANDREWS; and MEDICAL STAFF, | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims against Defendants Columbia County Detention Center Medical Department, the Medical Staff, and Nurse Warrent are **DISMISSED** because Plaintiff has failed to state a claim upon which relief can be granted.

SO ORDERED this 14 day of February, 2008, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE